John P. Harvey, *Appellant, v.* The Village of Little Falls, *Respondent.*— Judgment reversed and judgment ordered for the plaintiff on the demurrer, with leave to defendant to answer on payment of the costs of this appeal and of the demurrer. Opinion by Barker, J. ; Hardin, J., not voting.

Willard H. Muzzy, *Respondent, v.* William G. Cable, *Appellant.*— Judgment affirmed. Opinion by Hardin, J.

Jacob Williams, *Respondent, v.* Ira B. Sedore and another, *as Administrators, etc., Appellants.*— Judgment and order reversed and new trial ordered before another referee to be appointed at Special Term, with costs to abide the event. Opinion by Barker, J.

James Coddington, *Assignee, etc., Respondent, v.* Abram Vanderventer and others, *Appellants.*— Judgment affirmed, with costs. Opinion by Hardin, J.

The Discount and Deposit Bank of Clarion, *Appellant, v.* Samuel Osterhoudt and another, *Respondents.*—Judgment and order reversed and new trial ordered, costs to abide event. Opinion by Smith, P. J. ; Barker, J., not sitting.

In the Matter of the Probate of the Paper Writings Propounded as the Last Will, Testament and Codicil of Malvina M. Seabra, *Deceased.*— Decree and the three orders appealed from reversed, with costs of the appeal from the decree only payable out of the fund in the final award of costs. Opinion by Barker, J.

Jeremiah B. Taylor, *Respondent, v.* John J. Meldram, *Appellant.*— Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by Smith, P. J.

The Metropolitan Bank of the City of New York, *Plaintiff, v.* William B. Sirret, *Defendant, Impleaded, etc.* — New trial ordered, costs to abide event. Opinion by Hardin, J.

James Gordon, *Respondent, v.* Jacob Skillman, *Appellant.*—Judgment reversed and new trial ordered, costs to abide event. Opinion by Barker, J.

A. Barton Hepburn, *as Receiver, etc., Appellant, v.* William H. Montgomery, *Respondent* (and two other actions in favor of the same plaintiff).—Judgment in each action affirmed, with the costs of one appeal only and the disbursements in each. Opinion by Smith, P. J.

Margaret Drury, *Appellant, v.* Margaret Wigg, *as Administratrix, Respondent.*— Judgment affirmed. Opinion by Hardin, J.

Henry Rogers, *as Overseer, etc., Appellant, v.* Joseph E. Massoth, *Respondent* (and nineteen other cases in favor of same plaintiff against other defendants). — Order in each case affirmed, with ten dollars costs in one action and disbursements in all. Opinion by Hardin, J. ; Smith, P. J., not voting.